WILLIAM CRANSTON, Appellant, v. ROCHESTER CENTRAL PROPERTIES, INC., Defendant, and DOMENICA CUSIMANO, Doing Business under the Firm Name and Style of " CARUSO'S RESTAURANT," Respondent.— Order reversed on the law and facts and verdict reinstated, with costs in both courts. All concur, except Cunningham, J., not voting. (The order sets aside a verdict of the jury in favor of plain-

tiff and grants a new trial in an action for damages by reason of an icy sidewalk.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.